# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARE TECTURE, LLC, a Texas limited liability company, d/b/a THE PHARMACOMPOUNDIA; KAZIM OLADOTUN OYENUGA, an individual,<br><br>Defendants. | **Case No: 3:17-CV-01941-JCS**<br><br>**[PROPOSED]** **DEFAULT JUDGMENT BY CLERK** |

## DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure, Rule 55(b)(1), Plaintiff McKesson Corporation, a Delaware corporation ("Plaintiff"), by and through its attorneys of record, filed a request for default judgment against Defendants CARE TECTURE, LLC, a Texas limited liability company, d/b/a THE PHARMACOMPOUNDIA ("Care Tecture"), and KAZIM OLADOTUN OYENUGA, an individual ("Oyenuga"), an individual (sometimes collectively, the "Defaulting Defendants").

Plaintiff filed its Complaint with this Court on April 7, 2017 [Dkt. 1].

BN 28823212V1

Defaulting Defendants were duly and properly served with the Complaint and Summons in a Civil Case issued in this action, along with other accompanying documents, on the following dates: (a) Defendant Care Tecture was personally served on April 17, 2017; and (b) Defendant Oyenuga was personally served on April 17, 2017.

The Proofs of Service as to the Defendants were filed in this action on May 2, 2017 (Dkts. 7 and 8).

Defaulting Defendants failed to respond to the Complaint, and did not make a general appearance in this action.

On May 23, 2017, the clerk entered default against all Defaulting Defendants. [Dkt. 10.]

The affidavit of Plaintiff's counsel submitted in support of the motion for default judgment establishes the following: (1) the pleading upon which default was entered is the Clerk's Entry of Default [Dkt. 11.]; (2) the Defaulting Defendants are not infants or incompetent people; (3) none of the Defaulting Defendants are in military service; and (4) costs properly awarded by the Clerk.

Accordingly, Judgment is hereby entered by the Clerk as follows:

Defaulting Defendants shall jointly and severally pay to Plaintiffs sums as follows:

a. As to Care Tecture, the sum of $90,946.17;
b. As to Oyenuga, the sum of $74,450.34;
c. As to all Defendants, for interest at the legal rate from the date of entry of judgment until paid in full;
d. As to all Defendants, of suit herein incurred, in accordance with Plaintiff's Cost Bill to be filed after Judgment is entered;
e. Plaintiff waived recovery of attorneys' fees for the purpose of entering judgment; and

BN 28823212V1

f. The Court retains jurisdiction over any matter pertaining to this judgment.

This case is DISMISSED. This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: 09 June 2017

R.C. Santo

for Clerk of the Court
United States District Court, Northern District of California